United States District Court
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 2 2021

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

Robert Perdue and Pat Perdue, and (Scout) Perdue

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Post Master of Pasco WA, Mail man of North. Underwood Area in Kennwick WA,

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 4:21-CV-5055-SAB
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 8

I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Robert Perdue E. Pat Perdue, and Scott**
Name (Last, First, MI)

**PO Box 5456**
Street Address

**Benton, Kennewick**         **WA,**           **99336**
County, City                  State             Zip Code

**(509)-734-7744**            **Rober.Perdue500@gmail.com**
Telephone Number              E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Post Master Pasco WA,**
Name (Last, First)

_____
Street Address

**Franklin, Pasco**           **WA,**           **99301**
County, City                  State             Zip Code

Defendant 2: **Mailman of N. Underwood Kennewick WA,**
Name (Last, First)

_____
Street Address

_____
County, City                  State             Zip Code

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

- ☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.
- ☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.
- ☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

(A.D.A) "American. Disabilities. Act."
_____
_____
_____

## III. VENUE

This court can hear cases arising out of the Eastern District of Washington.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

1

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Kennewick WA,

Date(s) of occurrence: 2 Years ago

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

**FACTS:**

What happened to you?

They put me in harm's way and are in violation of A.D.A (American Disabilities Act)

The Post Office is endangering my Life ~~I~~ and Disobeying the ADA's INTENT. ~~Unfair Tax~~

Unfair TAX charge me

Assistive Device

Given Second Chance

Aren't they soupose to be trianed to haNDEL Dogs

see picture of bite

Scout Mailman

Bite

2yrs ago

~~Change~~ 2nd Chance

Was anyone else involved?

Bite

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

matter ~~opion~~ ~~opion~~
~~of opion~~
Oppinion

## VI. RELIEF

The relief I want the court to order is:

☐ Money damages in the amount of: $ _____

☑ Other (explain):

Restore My home delivery of mail.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/27/20
Dated

[Signature]
Plaintiff's Signature

Robert E. Perdue
Printed Name (Last, First, MI)

P.O. Box 5456 — Address
Kennewick — City
WA — State
99336 — Zip Code

(509)-734-7744
Telephone Number

Robert.Perdue500@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*