FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT PERDUE, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>POSTMASTER OF PASCO WASHINGTON, et al.,<br><br>     Defendants. | No. 4:21-CV-05055-SAB<br><br>REPORT AND RECOMMENDATION |

    By Order filed April 6, 2021, the Plaintiffs were directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days. ECF No. 3. Plaintiffs' only response was to file their Amended U.S. Individual Income Tax Return, IRS Form 1040-X. ECF No. 6.

    Plaintiffs' original application was denied for three reasons: (1) they listed real estate assets valued at $700,000.00; (2) they alleged expenses associated with two vehicles, but failed to list the vehicles as assets; (3) they provided no information regarding living expenses associated with basic needs such as food and shelter. ECF No. 3. Plaintiffs' tax return only addresses income. ECF No. 6. Plaintiffs' Application was not denied due to a lack of information regarding income. Therefore, the tax return does not supply the information requested under the Court's Order.

    Plaintiff has not consented to proceed before a magistrate judge.

    Plaintiffs have failed to comply with the Court's Order, which was to submit a new and properly completed Application or pay the full filing fee. Accordingly,

REPORT AND RECOMMENDATION - 1

**IT IS RECOMMENDED:**

1. Plaintiffs' Complaint be **DISMISSED** without prejudice.

2. Plaintiffs be required to provide notice of the dismissal to any and all Defendant(s) they served with a copy of the Complaint and Summons.

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying any the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Federal Rule of Civil Procedure 6(d) adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions objected to and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C); FED. R. CIV. P. 72(b)(3); LMJR 2(c), Local Magistrate Judge Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The Clerk of the Court is directed to file this Report and Recommendation and provide a copy to Plaintiffs.

DATED May 7, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2